## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEISHA HUDSON        *

     **Plaintiff,**      *

**v.**      *      **Case No. 8:26-cv-01457-DLB**

**PRINCE GEORGE'S COUNTY, MD,**      *
*et al.*

     **Defendants.**      *

    *    *    *    *    *    *    *    *    *

## APPEARANCE OF COUNSEL

TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

     Enter the appearance of the below listed attorneys as counsel in this case for Defendant,

Prince George's County Police Department.

     T'Aria S. Reynolds, Federal Bar No. 31398
     Associate County Attorney

     Prince George's County Office of Law
     1301 McCormick Drive, Suite 4100
     Largo, Maryland 20774
     Phone: (301) 952-5225
     Fax: (301) 952–3071

     I certify that both listed are admitted to practice in this Court.

         Respectfully submitted,

         **ANTHONY D. JONES**
         **COUNTY ATTORNEY**

         **STEPHEN J. WILLIAMS**
         **PRINCIPAL DEPUTY COUNTY ATTORNEY**

           /s/ D. Michael Lyles
         D. Michael Lyles, Federal Bar No. 13120
         Associate County Attorney

_____/s/ T'Aria S. Reynolds_____
T'Aria S. Reynolds, Federal Bar No. 31398
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Phone: (301) 952-5225
Fax: (301) 952–3071
DMLyles@co.pg.md.us
TSReynolds@co.pg.md.us
*Attorneys for Defendant Prince George's County*
*Prince George's County, Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April 2026, a copy of the foregoing Entry of Appearance was filed using the CM/ECF system, which will serve all counsel and parties of record.

_____/s/_____
D. Michael Lyles