UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEISHA HUDSON,

                                 Case No. 8:26-cv-01457-DLB

    Plaintiff,

    v.

PRINCE GEORGE'S COUNTY, MD, *et. al.*,

    Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK of this Court and all parties of record:

Please take notice that Jordan D. Howlette hereby respectfully enters his

appearance in the above-captioned case on behalf of Plaintiff Keisha Hudson.

Dated: April 16, 2026

                                        Respectfully submitted,

                                        */s/ Jordan D. Howlette*
                                        JORDAN D. HOWLETTE
                                        D. Md. Bar No.: 21634
                                        Managing Attorney
                                        Justly Prudent
                                        1140 3rd St. NE, Suite 2180
                                        Washington, DC 20002
                                        Tel: (202) 921-6005
                                        Fax: (202) 921-7102
                                        jordan@justlyprudent.com
                                        *Counsel for Plaintiff*