KEISHA HUDSON

        Plaintiff

V.

PRINCE GEORGE'S COUNTY,
MARYLAND, *et al.*

        Defendant

CASE NO.      8:26-cv-1457

## STATEMENT OF DEFENDANT
## PURSUANT TO AMENDED STANDING ORDER 2021-13

The Defendant, Prince George's County, Maryland ("County"), by and through its undersigned counsel, pursuant to Amended Standing Order 2021-13 entered on April 24, 2024, hereby files the following statement:

1.     Date on which each defendant was served with a copy of the summons and complaint:

     a.     Defendant Prince George's County, Maryland accepted service of the summons and complaint March 24, 2026.

     b.     Defendants Avery Johnson and Tamara Johnson have not been served as of the date of this filing.

2.     This action is not predicated on diversity jurisdiction.

3.     Removal is not taking place more than 30 days after any Defendant was first served.

4.     This action is not removed to this Court predicated on diversity jurisdiction, so this action is not appropriate for remand back to state court.

5. Defendants Avery Johnson and Tamara Johnson were not served in the state court action prior to the time of removal. As such, there is no Defendants who were served in the state court action prior to the time of removal.

Respectfully Submitted,

**ANTHONY JONES**
**COUNTY ATTORNEY**

_____/s/ D. Michael Lyles_____
D. Michael Lyles, Associate County Attorney
Federal Bar No. 13120

_____/s/ T'Aria S. Reynolds_____
T'Aria S. Reynolds, Associate County Attorney
Federal Bar No. 31398

Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Phone: (301) 952-5225
Fax: (301) 952–3071
DMLyles@co.pg.md.us
*Attorneys for Defendant*
*Prince George's County, Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April 2026, a copy of the foregoing Statement Pursuant to Amended Standing Order 2021-13 was served on all parties and attorneys as listed below via MDEC and via US Mail Certified Return Receipt.

Jordan D. Howlette, Esquire
Justly Prudent
16701 Melford Blvd., Suite 400
Bowie MD 20715
*Counsel for Plaintiff*

_____/s/_____

D. Michael Lyles