KEISHA HUDSON                                     *

    Plaintiff,                  *

v.                                               *          Case No. 8:26-cv-01457-DLB

PRINCE GEORGE'S COUNTY, MD,                       *
*et al.*

    Defendants.                 *

    *     *     *     *     *     *     *     *     *

## Joint Status Report

In accordance with the Court's Paperless Order dated April 27, 2026, and pursuant to Fed. R. Civ. P. 16, the Parties hereby submit this Joint Status Report.

1.  **The nature of the case:**

    This case arises out of a complaint of alleged discrimination in employment. Plaintiff is an employee of the Prince George's County Department of Corrections, who alleges that she was denied certain rights and privileges of employment based on disability, race, color and sex. Defendant denies all allegations and in response argues that the County did not discriminate, but if found to do so, it had a legitimate business reason to take the action taken and that there was no discriminatory animus.

2.  **The status of the case including hearings, motions, and discovery:**

    This case was filed in Circuit Court and the Defendant County filed a removal action to have the case heard in the United State District Court. The parties have agreed to the following proposed scheduling order with the following proposed deadlines:

    Moving for joinder of additional parties and amendment of pleadings: [December 9, 2026]

Plaintiff's Rule 26(a)(2) expert disclosures: [January 11, 2027]

Defendant's Rule 26(a)(2) expert disclosures: [February 8, 2027]

Plaintiff's rebuttal Rule 26(a)(2) expert disclosures: [March 8, 2027]

Rule 26(e)(2) supplementation of disclosure and responses [April 5, 2027]

Completion of Discovery; submission of Post-Discovery Status Report: [May 4, 2027]

Dispositive Motions deadline: [June 4, 2027]

3. **Deposition hours.**

   **The parties have agreed that each side shall be limited to twenty (40) deposition hours of fact witnesses.**

4. **Whether the parties consent to proceed before a magistrate judge for all purposes:**

   There is no unanimous consent to proceed before a magistrate judge for all purposes.

5. **Whether the parties agree to participate in a mediation session before a magistrate judge.:**

   The case is not appropriate for mediation at this time, since the case was just filed in this Court and discovery has not yet started.

6. The scope and nature of discovery.

   The Parties anticipate the nature of discovery will include document requests, interrogatories, and depositions. It is unclear at this point whether discovery of ESI will be necessary in this case.

7. **Trial:**

   Plaintiff prayed a jury trial in this matter. The parties anticipate that this matter will be completed after five (5) days of trial. The parties expect to have experts testify either live

or through *de bene esse* depositions in advance of trial. It is expected that given the extensive discovery required in this case and numerous expert witnesses, this case will not be ready for trial until late 2027 or early 2028.

8. **The dates on which trial counsel are unavailable and any other complications to be considered in setting a trial date:**

   Defense Counsel is unavailable the entire month of August 2026 and 2027.

9. **Suggestions for shortening trial:**

   Defendant Prince George's County has no suggestions for shortening the trial.

Respectfully submitted,

**ANTHONY D. JONES**
**COUNTY ATTORNEY**

**STEPHEN J. WILLIAMS**
**PRINCIPAL DEPUTY COUNTY ATTORNEY**

_____/s/ D. Michael Lyles_____
D. Michael Lyles, Federal Bar No. 13120
Associate County Attorney

_____/s/ T'Aria S. Reynolds_____
T'Aria S. Reynolds, Federal Bar No. 31398
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Phone: (301) 952-5225
Fax: (301) 952–3071
DMLyles@co.pg.md.us
TSReynolds@co.pg.md.us
*Attorneys for Defendant Prince George's County*
*Prince George's County, Maryland*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of May 2026, a copy of the foregoing was filed using the CM/ECF system, which will serve all counsel and parties of record.

_____/s/_____
D. Michael Lyles