IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **KEISHA HUDSON**<br><br>**Plaintiff**<br><br>**V.**<br><br>**PRINCE GEORGE'S COUNTY,**<br>**MARYLAND,** *et al.*<br><br>**Defendant** | **CASE NO.: 8:26-CV-01457-DLB** |

## TAMARA JOHNSON'S
## ANSWER TO THE COMPLAINT

COMES NOW the Defendant, Tamara Johnson, by and through undersigned counsel and the Prince George's County Office of Law, and in Answer to the Complaint filed herein respectfully states as follows:

### I. GENERAL DENIAL

1. The Defendant generally denies liability pursuant to Federal Rule 8(b)(3).

2. The Defendant denies liability, causation, and damages and further denies all allegations in the Complaint not specifically admitted.

### II. BACKGROUND

3. The Defendant is without sufficient knowledge and information to admit or deny the allegations in paragraphs 1 through 4 of the Plaintiff's Complaint.

### III. JURISDICTION AND VENUE

4. To the extent that paragraphs 5 and 6 are statements regarding jurisdiction and venue no response is required.

1

## IV. <u>THE PARTIES</u>

5. The Defendant is without sufficient knowledge and information to admit or deny the allegations in paragraphs 7 through 10.

## V. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>

6. The Defendant is without sufficient knowledge and information to admit or deny the allegations in paragraphs 11 through 13.

## VI. <u>BACKGROUND</u>

7. The Defendant is without sufficient knowledge and information to admit or deny the allegations in paragraphs 14 through 63.

## VII. <u>COUNT X</u><br><u>RACE DISCRIMINATION BASED ON COLORISM IN VIOLATION OF 42 U.S.C. § 1981</u>

8. The Defendant incorporates by reference its response to paragraphs 1 through 63 above.

9. The Defendant denies the allegations set forth in paragraphs 112 through 119.

## VIII. <u>COUNT XI</u><br><u>RETALIATION IN VIOLATION OF 42 U.S.C. § 1981</u>

10. The Defendant incorporates by reference its response to paragraphs 1 through 63 and 112 through 119 above.

11. The Defendant denies the allegations set forth in paragraphs 120 through 131.

## IX. <u>AFFIRMATIVE DEFENSES</u><br><u>APPLICABLE TO ALL ALLEGATIONS AGAINST THE DEFENDANT</u>

12. The Plaintiff's claims are barred by the applicable statute of limitations.

13. The relief sought is barred, in whole or in part, by the doctrines of laches, waiver, estoppel, ratification, contributory negligence, and assumption of the risk.

14. The Defendant is immune and/or qualified immune from liability to the Plaintiff.

15. The Defendant's actions were privileged.

16. The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

17. Plaintiff's damages, if any, as alleged to have been suffered or incurred were the result of the actions or omissions of persons or entities for which this Defendant cannot be held legally responsible.

18. This Defendant denies any and allegations of negligence or wrongdoing as stated in the Complaint filed herein and demand strict proof of all allegations.

19. Plaintiff's damages are subject to statutory limitations and immunities.

20. Defendant reserves the right to assert additional defenses that may become known as a result of further investigation of the facts of this case.

21. Plaintiff's complaint fails to state a claim upon which relief can be granted.

22. Plaintiff failed to exhaust her administrative remedies and has not received a determination and a right to sue letter from the U.S. EEOC, State of Maryland Office of Civil Rights or the Prince George's County Office of Human Rights.

Respectfully Submitted,

**ANTHONY JONES**
**COUNTY ATTORNEY**

      /s/ Stephen J. Williams
Stephen J. Williams, CPF No. 9512140284
Principal Deputy County Attorney

      /s/ D. Michael Lyles
D. Michael Lyles, CPF No. 9606050272
Associate County Attorney

      /s/ T'Aria S. Reynolds

T'Aria S. Reynolds, CPF No. 1809060005
Associate County Attorney

Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Phone: (301) 952-5225
Fax: (301) 952–3071
DMLyles@co.pg.md.us
*Attorneys for Defendant*
*Prince George's County, Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May 2026, a copy of the foregoing

Answer to the Initial Complaint was served on all parties and attorneys as listed below via

electronic service via PACER and/or first class mail, postage pre-paid.

Jordan D. Howlette, Esquire
Justly Prudent
16701 Melford Blvd., Suite 400
Bowie MD 20715
*Counsel for Plaintiff*

_____/s/_____

D. Michael Lyles