UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEISHA HUDSON,

      Plaintiff,

      v.

PRINCE GEORGE'S COUNTY,
MD, *et al.*,

      Defendants.

_____/

Case No. 8:26-cv-01457-DLB

### DECLARATION OF JORDAN D. HOWLETTE

I, Jordan D. Howlette, in accordance with 28 U.S.C. § 1746, declare and state as follows:

1.     I am the managing attorney for Justly Prudent, and I am the attorney of record for Plaintiff Keisha Hudson in the above-captioned case.

2.     I make this declaration to confirm that, as of August 3, 2026, Defendant Prince George's County has accepted service of the Complaint and summons on behalf of Defendant Avery Johnson.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August 2026, in Chicago, Illinois.

*/s/ Jordan D. Howlette*_____
JORDAN D. HOWLETTE
Managing Attorney
Justly Prudent
420 Florida Ave. NE, Suite 27
Washington, DC 20002
jordan@justlyprudent.com