IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
Southern Division

|  |  |
|---|---|
| **KEISHA HUDSON**<br><br>**Plaintiff**<br><br>**V.**<br><br>**PRINCE GEORGE'S COUNTY,**<br>**MARYLAND,** *et al.*<br><br>**Defendant** | **CASE NO.  8:26-cv-01457-DLB** |

### AVERY JOHNSON'S CONSENT TO REMOVAL

The Defendant, Avery Johnson, by and through his undersigned counsel, hereby consents to the removal of this action from the Circuit Court of Prince George's County, Maryland to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

1.      Defendant, Avery Johnson, was served with the Summons and Complaint in the above action on August 3, 2026.

2.      Defendant, Avery Johnson, has reviewed the Notice of Removal filed by Defendants, Prince George's County, Maryland and Tamara Johnson, in this Court.

3.      Defendant, Avery Johnson, hereby consents to the removal of this action to this Court.

WHEREFORE, the Defendant, Avery Johnson, hereby respectfully requests that this case be removed to the United States District Court for the District of Maryland

Respectfully Submitted,

**ANTHONY JONES**
**COUNTY ATTORNEY**

_____/s/ D. Michael Lyles_____
D. Michael Lyles, Associate County Attorney
Federal Bar No. 13120

_____/s/ T'Aria S. Reynolds_____
T'Aria S. Reynolds, Associate County Attorney
Federal Bar No. 31398

Prince George's County Office of Law
Wayne K. Curry Administration Building
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Phone: (301) 952-5225
Fax: (301) 952–3071
DMLyles@co.pg.md.us
*Attorneys for Defendant*
*Prince George's County, Maryland and Tamara*
*Johnson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of  August 2026, a copy of the foregoing

was served on all parties and attorneys as listed below via electronic service via PACER and/or

first-class mail, postage pre-paid.

Jordan D. Howlette, Esquire
Justly Prudent
16701 Melford Blvd., Suite 400
Bowie MD 20715
*Counsel for Plaintiff*

_____/s/_____
D. Michael Lyles

2